

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00396-CV

Larry Menard
v.
Sherry L. Cathey aka Sherry L. Kuenstler and Richard Kuenstler

On Appeal from the
135th District Court of Goliad County, Texas
Trial Court Cause No. 23-05-1396-CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment of August 22, 2023, dismisses the appeal and the case is remanded to the trial court. The Court orders the judgment of August 22, 2023 VACATED, the appeal is DISMISSED and the case remanded for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

December 12, 2024